# NOTICE OF FORFEITURE

Notice is hereby given that on December 10, 2014, in the case of United States v. Edward Patterson, et. al., Criminal No. 13-CR-193, the United States District Court for the Eastern District of Wisconsin entered Preliminary Orders of Forfeiture condemning and forfeiting the interests of Edward Patterson and Paul Markiewicz in the following property:

1. Approximately $11,020.00 in United States currency seized from Paul Markiewicz in Germantown, Wisconsin, on or about August 6, 2013;

2. Approximately $2,250.00 in United States currency seized from Paul Markiewicz in Germantown, Wisconsin, on or about October 16, 2013;

3. All right, title, and interest, including any and all interest as owner or as shareholder, in Fast Eddy's, LLC, and also including all right, title, and interest in the net proceeds of Fast Eddy's LLC's sale of its franchise rights, equipment, and leasehold improvements of the McDonald's restaurants located at 11250 N. Port Washington Road, Mequon, Wisconsin ("Mequon Franchise") and at 8739 N. Port Washington Road, Fox Point, Wisconsin ("Fox Point Franchise"), as well as Fast Eddy's, LLC's sale of the parking lot adjacent to the Mequon Franchise, to MacPyles Corporation in or about December 2013, and which net proceeds are now being held in escrow in the United States Department of Justice Seized Assets Deposit Fund; and

4. All right, title, and interest, including any and all interest as owner or as shareholder, in Hotter Faster Eddy's, LLC, and also including all right, title, and interest in the net proceeds of Hotter Faster Eddy's, LLC's sale of its franchise rights, equipment, and leasehold improvements of the McDonald's restaurant located at 5344 N. Port Washington Road, Glendale, Wisconsin ("Glendale Franchise") to MacPyles Corporation in or about December 2013, and which net proceeds are now being held in escrow in the United States Department of Justice Seized Assets Deposit Fund account.

The United States hereby gives notice of its intention to dispose of the property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition with the court within thirty (30) days of his receipt of this notice from the government, pursuant to 21 U.S.C. § 853(n)(2). The petition must be filed with the Clerk of the Court, 517 East Wisconsin Avenue, Third Floor, Milwaukee,

Wisconsin 53202, and a copy served upon Assistant United States Attorney Scott J. Campbell, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202.

The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim, and the relief sought, pursuant to 21 U.S.C. § 853(n)(3).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.