UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

------------------------------------------------------------------

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                                    CASE NO. 13-CR-193

BERNARDO ESPINOSA-ZAMUDIO,

          Defendant.

------------------------------------------------------------------

MOTION TO RELEASE PROPERTY BOND

------------------------------------------------------------------

NOW COMES the Defendant, Bernardo Espinosa-Zamudio, by and through his attorney, Michael J. Steinle, upon all the files, records and proceedings heretofore had herein, and hereby moves the Court for entry of an order releasing the previously posted property bond in this matter.

AS GROUNDS THEREFORE, Counsel would show to this Court that the case has been resolved, the Defendant complied with said bail conditions, has now been sentenced, served his time and has since been released.

Dated at Milwaukee, Wisconsin, this 22nd day of April, 2021.

                                        RESPECTFULLY SUBMITTED,
                                        TERSCHAN, STEINLE HODAN & GANZER

                                        /s/ Michael J. Steinle
                                        MICHAEL J. STEINLE
                                        Attorney for
                                        Bernardo Espinosa-Zamudio
                                        State Bar No.: 1018859

P.O. Address
309 N. Water Street, Suite 215
Milwaukee, WI 53202
Telephone: 414-258-6200