# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

## ACKNOWLEDGMENT OF RECEIPT

I acknowledge the receipt of the following item(s) which are being released pursuant to the attached Court Order.

\_\_\_\_\_Cash Bond

XXXX Satisfaction of Mortgage & Mortgage Documents US vs.Espinosa-Zamudio (13CR193-7)

\_\_\_\_\_Passport

\_\_\_\_\_ Other _____

Signed: *[signature]*

Name (Printed): Atty Michael Steinle by: Nicole Meifert

Date: 4/28/2021